Index # 01692/08

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 3-4-08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| John H. Roberson | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served: Nortia Capital Partners, Inc. by leaving documents with Jillian Moss, Compliance Officer of Corporation Service Co., Registered Agent for Nortia Capital Partners, Inc.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-4-08
            Date

Signature of Server

Jasper, GA 30143
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

`319075`                                                                @002/002

ID# 669143

# AFFIDAVIT OF SERVICE                    Restivano

COURT: U.S. DISTRICT COURT, SOUTHERN DIST.            INDEX NO: 01692/08
COUNTY: NEW YORK                                      EPS NO: 577233

ROBIN L. SMITH
                                                                       Plaintiff(s)

- vs. -

NORTIA CAPITAL PARTNERS, INC.
                                                                       Defendant(s)

State of **Georgia**, County of **Pickens** ss.: **John H. Roberson**
being duly sworn, deposes and says that deponent is over 18 years of age and not a party to this action; that on, **3-4-08** at approximately **11:22 a.m.** C/O CORPORATION SERVICE COMPANY, 40 TECHNOLOGY PARKWAY SOUTH, #300, NORCROSS, GA 30092 deponent served the SUMMONS & COMPLAINT IN A CIVIL ACTION annexed on NORTIA CAPITAL PARTNERS, INC. In the following manner:

- [ ] **Individual** — By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the described therein.

- [x] **Corporation** — By delivering to and leaving with **Jillian Mess - Compliance Officer** who stated [ ] he [x] she was authorized to accept on behalf of said corporation.

- [ ] **Responsible Person** — By delivering to and leaving with _____ a true copy thereof, a person of suitable age and discretion. Said premises being the recipients [ ] dwelling place [ ] usual place of abode [ ] place of business within the State of New York.

- [ ] **Affixing to Door** — By affixing a true copy thereof to the door of said premises, which is recipients [ ] dwelling place [ ] usual place of abode [ ] place of business within the State of New York. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called thereon:

- [ ] **Mail** — A true copy thereof was also deposited on _____ in a postpaid, properly addressed envelope, to the above address, bearing the legend "Personal and Confidential", in an official depository under the exclusive care and custody of the United States Postal Service.

- [x] **Description**
  - [ ] Male  [x] Female
  - [ ] White Skin  [x] Black Skin  [ ] Yellow Skin  [ ] Brown Skin  [ ] Red Skin
  - [x] Black Hair  [ ] Brown Hair  [ ] Blond Hair  [ ] Gray Hair  [ ] Red Hair
  - [ ] 14-20 Yrs.  [x] 21-35 Yrs.  [ ] 36-50 Yrs.  [ ] 51-65 Yrs.  [ ] Over 65 Yrs.
  - [ ] Under 5'  [x] 5'0"-5'3"  [ ] 5'4"-5'8"  [ ] 5'9"-6'0"  [ ] Over 6'
  - [ ] Under 100 Lbs.  [x] 100-130 Lbs.  [ ] 131-160 Lbs.  [ ] 161-200 Lbs.  [ ] Over 200 Lbs.

To my best knowledge, information and belief the said defendant at the time of service was not engaged in military service of the United States. At time of service the index number and date of filing were on the SUMMONS & COMPLAINT IN A CIVIL ACTION

Sworn to before me on **3-4-08**

*Barbara Roberson*                                              *John H Rob*
[Notary seal: BARBARA ROBERSON, FEB 14 2010]                     Server

ELITE PROCESS SERVERS • 69-06 Little Neck Parkway, Floral Park, NY 11001