Jennifer L. Saffer (JS-8015)
**J.L. SAFFER, P.C.**
*Attorneys for Nortia Capital Partners, Inc.,*
20 Vesey Street, 7th Floor
New York, New York 10007
Tel.: 212-608-6968
Fax: 212-608-1878

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
    ROBIN L. SMITH,                            Case No. 08 CV 01692 (NRB) (DF)

              Plaintiff,

                                      **NOTICE OF APPEARANCE**
            v.

    NORTIA CAPITAL PARTNERS, INC.,

              Defendant.
---------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that J.L.Saffer, P.C. hereby appears as local counsel for Nortia Capital Partners, Inc. in the above-captioned case pursuant to 28 USC §1654 and hereby demands that all notices that are required to be given or are given and all pleadings and orders that are required to be served or are served in this case be served at the address listed below:

                J.L. Saffer, P.C.
                Attn: Jennifer L. Saffer
                20 Vesey Street, 7th Floor
                New York, New York 10007
                Tel.: 212-608-6968
                Fax: 212-608-1878
                email: jlsaffer@jlsaffer.com

**PLEASE TAKE FURTHER NOTICE** that foregoing demand includes, without limitation, all notices and papers, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telex, electronic means or otherwise.

Dated:  New York, New York
        April 15, 2008

Respectfully submitted,

_s/*Jennifer L. Saffer*_
Jennifer L. Saffer (JS8015)
J.L. Saffer, P.C.
20 Vesey St., 7th Fl.
New York, NY 10007
Tel.: (212) 608-6968
Fax: (212) 608-1878
jlsaffer@jlsaffer.com