Jennifer L. Saffer (JS-8015)
**J.L. SAFFER, P.C.**
*Attorneys for Nortia Capital Partners, Inc.,*
20 Vesey Street, 7th Floor
New York, New York 10007
Tel.: 212-608-6968
Fax: 212-608-1878

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
    ROBIN L. SMITH,

          Plaintiff,

v.

NORTIA CAPITAL PARTNERS, INC.,

          Defendant.
---------------------------------------------------------------x

Case No. 08 CV 01692 (NRB) (DF)

**MOTION TO ADMIT COUNSEL**
*PRO HAC VICE*

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jennifer L. Saffer, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission *pro hac vice* of

    Applicant's Name:    Craig A. Rubinstein
    Firm Name:    Katzman, Wasserman, Bennardini & Rubinstein, P.A.
    Address:    7900 Glades Rd., Suite 140
    City/State/Zip:    Boca Raton, FL 33434
    Phone Number:    (561) 477-7774
    Fax Number:    (561) 477-7447
    E-mail address:    car@kwblaw.com

Craig A. Rubinstein is a member in good standing of the Bar of the States of New York and Florida, and the United States District Court for the Southern District of Florida.

There are no pending disciplinary proceedings against Craig A. Rubinstein in any State or Federal Court.

Dated: New York, New York
       April 15, 2008

Respectfully submitted,

_____
Jennifer L. Saffer (JS8015)
J.L. Saffer, P.C.
20 Vesey St., 7th Fl.
New York, NY 10007
Tel.: (212) 608-6968
Fax: (212) 608-1878
jlsaffer@jlsaffer.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing has been furnished via OVERNIGHT FEDERAL EXPRESS on JAMES A. PRESTIANO, ESQ., The Law Offices of James A. Prestiano, P.C., 631 Commack Rd., Suite 2A, Commack, NY 11725, this 15th day of April, 2008.

_____
Jennifer L. Saffer

Jennifer L. Saffer (JS-8015)
**J.L. SAFFER, P.C.**
*Attorneys for Nortia Capital Partners, Inc.,*
20 Vesey Street, 7th Floor
New York, New York 10007
Tel.: 212-608-6968
Fax: 212-608-1878

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

ROBIN L. SMITH,

          Plaintiff,

      v.

NORTIA CAPITAL PARTNERS, INC.,

          Defendant.
---------------------------------------------------------------x

Case No. 08 CV 01692 (NRB) (DF)

**AFFIDAVIT O JENNIFER L. SAFFER IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

State of New York     )
                              ) ss:
County of New York   )

    Jennifer L. Saffer, being duly sworn, hereby deposes and says as follows:

    1.    I am the principal attorney at the firm of J.L. Saffer, P.C., counsel for Defendant in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's Motion to Admit Craig A. Rubinstein as counsel *pro hac vice* to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on August 21, 1996 I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Craig A. Rubinstein since 1992.

4. Mr. Rubinstein is a partner in the firm of Katzman, Wasserman, Bennardini & Rubinstein, P.A. in Boca Raton, Florida.

5. I have found Mr. Rubinstein to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Craig A. Rubinstein, pro hac vice.

7. I respectfully submit a proposed Order granting the admission of Craig A. Rubinstein, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the Motion to Admit Craig A. Rubinstein, pro hac vice, to represent Defendant in the above-captioned matter, be granted.

Respectfully submitted,

Jennifer L. Saffer (JS8015)

DATED this 15th day of April, 2008.

NOTARY PUBLIC

Yvette Mora
Notary Public, State of New York
No. 01MO6128848
Qualified in New York County
Commission Expires 6 / 20 / 2009

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ROBIN L. SMITH,                                      Case No. 08 CV 01692 (NRB) (DF)

        Plaintiff,

        v.                                      **ORDER FOR ADMITTING**
                                                       **CRAIG A. RUBINSTEIN PRO HAC VICE**
                                                         **ON WRITTEN MOTION**

NORTIA CAPITAL PARTNERS, INC.,

        Defendant.
------------------------------------------------------------x

Upon the Motion of Jennifer L. Saffer, attorney for Nortia Capital Partners, Inc., and said sponsor attorney's Affidavit in Support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:    Craig A. Rubinstein
    Firm Name:    Katzman, Wasserman, Bennardini & Rubinstein, P.A.
    Address:    7900 Glades Rd., Suite 140
    City/State/Zip:    Boca Raton, FL 33434
    Phone Number:    (561) 477-7774
    Fax Number:    (561) 477-7447
    E-mail address:    car@kwblaw.com

is admitted to practice *pro hac vice* as counsel for Nortia Capital Partners, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____  
New York, NY

_____  
Naomi Reice Buchwald  
United States District Court Judge

AO 136
(Rev. 6/82)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



**CERTIFICATE OF GOOD STANDING**

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF FLORIDA

Fla. Bar. # **77755**

I, **STEVEN M. LARIMORE**,   Clerk of the United States District Court
for the Southern District of Florida,

DO HEREBY CERTIFY that   *Craig Alan Rubinstein*   was duly admitted to practice in said Court on **January 10, 2003**, and is in good standing as a member of the bar of this Court.

Dated at: **Miami, Florida**, this April 1, 2008.

**STEVEN M. LARIMORE**
Court Administrator •Clerk of Court

By _____
Deputy Clerk



# The Florida Bar

JOHN F. HARKNESS, JR.  
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET  
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600  
WWW.FLORIDABAR.ORG

State of Florida     )

County of Leon      )

In Re: 77755  
Craig Alan Rubinstein  
Katzman Wasserman & Bennardini  
7900 Glades Rd., Ste. 140  
Boca Raton, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on April 26, 1996.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 24th day of March, 2008.

*Willie Mae Shepherd*  
Willie Mae Shepherd  
Supervisor, Membership Records  
The Florida Bar

WMS/smmhh1/R10



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, **James Edward Pelzer**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Craig Alan Rubinstein** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 21st day of **February 1996**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on March 28, 2008.

*James Edward Pelzer*

Clerk of the Court