USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/23/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
ROBIN L. SMITH,

        Plaintiff,

v.

NORTIA CAPITAL PARTNERS, INC.,

        Defendant.
-------------------------------------------------------x

Case No. 08 CV 01692 (NRB) (DF)

**ORDER FOR ADMITTING
CRAIG A. RUBINSTEIN PRO HAC VICE
ON WRITTEN MOTION**

Upon the Motion of Jennifer L. Saffer, attorney for Nortia Capital Partners, Inc., and said sponsor attorney's Affidavit in Support;

    **IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Craig A. Rubinstein |
| Firm Name: | Katzman, Wasserman, Bennardini & Rubinstein, P.A. |
| Address: | 7900 Glades Rd., Suite 140 |
| City/State/Zip: | Boca Raton, FL 33434 |
| Phone Number: | (561) 477-7774 |
| Fax Number: | (561) 477-7447 |
| E-mail address: | car@kwblaw.com |

is admitted to practice *pro hac vice* as counsel for Nortia Capital Partners, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: April 22, 2008
New York, NY

Naomi Reice Buchwald
United States District Court Judge