Jennifer L. Saffer (JS8015)
**J.L.Saffer, P.C.**
*Attorneys for Nortia Capital Partners, Inc.*
20 Vesey Street, 7th Floor
New York, New York 10007
Tel.: 212-608-6968
Fax: 212-608-1878

Craig A. Rubinstein (CR2533)
**Katzman, Wasserman, Bennardini & Rubinstein, P.A.**
*Attorneys for Nortia Capital Partners, Inc.*
7900 Glades Road, Suite 140
Boca Raton, Florida 33434
Tel.: (561) 477-7774
Fax: (561) 477-7447

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
_____

| | |
|---|---|
| ROBIN L. SMITH, | ECF CASE |
| Plaintiff, | CASE NO. 08 CV 01692 (NRB) (DF) |
| v. | **CORPORATE DISCLOSURE STATEMENT** |
| NORTIA CAPITAL PARTNERS, INC., | |
| Defendant | |
| _____/ | |

Pursuant to Federal Rule of Civil Procedure 7.1 (Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for NORTIA CAPITAL PARTNERS, INC. (a non-governmental party) certify that NORTIA CAPITAL PARTNERS is publicly held, but does not have a parent corporation.

    Dated: New York, New York
          May 8, 2008

                              Respectfully submitted,
                               *s/Jennifer L. Saffer*
                              Jennifer L. Saffer (JS8015)
                              J.L.Saffer, P.C.
                              20 Vesey Street, 7th Floor
                              New York, New York 10007
                              Tel.: 212-608-6968
                              Fax: 212-608-1878
                              jlsaffer@jlsaffer.com


                              -AND-

                               s/Craig A. Rubinstein
                              Craig A. Rubinstein (CR2533)
                              Katzman, Wasserman,
                                 Bennardini & Rubinstein, P.A.
                              7900 Glades Road, Suite 140
                              Boca Raton, Florida 33434
                              Tel.: (561) 477-7774
                              Fax: (561) 477-7447
                              car@kwblaw.com

                  *Attorneys for Nortia Capital Partners, Inc.*