Jennifer L. Saffer (JS8015)
**J.L.Saffer, P.C.**
*Attorneys for Nortia Capital Partners, Inc.*
20 Vesey Street, 7th Floor
New York, New York 10007
Tel.: 212-608-6968
Fax: 212-608-1878

Craig A. Rubinstein (CR2533)
**Katzman, Wasserman, Bennardini & Rubinstein, P.A.**
*Attorneys for Nortia Capital Partners, Inc.*
7900 Glades Road, Suite 140
Boca Raton, Florida 33434
Tel.: (561) 477-7774
Fax: (561) 477-7447

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
_____

| | |
|---|---|
| ROBIN L. SMITH, | ECF CASE |
| Plaintiff, | CASE NO. 08 CV 01692 (NRB) (DF) |
| v. | **NOTICE OF MOTION TO DISMISS THE COMPLAINT, OR IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT AND TO STRIKE DEMANDS FOR ATTORNEYS' FEES AND PUNITIVE DAMAGES** |
| NORTIA CAPITAL PARTNERS, INC., | |
| Defendant | |

_____/

PLEASE TAKE NOTICE that, upon the accompanying Affidavit of William J. Bosso, and the accompanying Memorandum of Law, Nortia Capital Partners, Inc. ("Nortia"), by and through its undersigned counsel, and pursuant to *Fed. R. Civ. P.* 12(b)(2), (6) and (7), 12(e), and 12(f), and *S. D. N.Y. L. R.* 7.1, makes a special and

limited appearance, and hereby moves the Court, before the Hon. Naomi Reice Buchwald, United States District Judge, United States District Court for the Southern District of New York, 500 Pearl St., New York, NY 10007, for an Order dismissing the Complaint, or in the alternative, for a more definite statement and striking demands for attorneys' fees and punitive damages and granting Nortia such other and further relief as is just.

    Dated: New York, New York
          May 8, 2008

                      Respectfully submitted,
                      *s/Jennifer L. Saffer*
                      Jennifer L. Saffer (JS8015)
                      J.L.Saffer, P.C.
                      20 Vesey Street, 7th Floor
                      New York, New York 10007
                      Tel.: 212-608-6968
                      Fax: 212-608-1878
                      jlsaffer@jlsaffer.com


                      -AND-

                      *s/Craig A. Rubinstein*
                      Craig A. Rubinstein (CR2533)
                      Katzman, Wasserman,
                        Bennardini & Rubinstein, P.A.
                      7900 Glades Road, Suite 140
                      Boca Raton, Florida 33434
                      Tel.: (561) 477-7774
                      Fax: (561) 477-7447
                      car@kwblaw.com

          *Attorneys for Nortia Capital Partners, Inc.*