UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ROBIN L. SMITH,

             Plaintiff,

  - against -

NORTIA CAPITAL PARTNERS, INC.,

             Defendant.
------------------------------------X

O R D E R

08 Civ. 1692 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** the defendant filed a motion to dismiss on May 8, 2008 based, <u>inter alia</u>, on the availability of alternate and related relief in a state interpleader action in Florida; and

    **WHEREAS** the plaintiff has informed the Court that it will not oppose defendant's motion and will raise her claims in the Florida interpleader action; it is hereby

    **ORDERED** that the case is dismissed.

Dated:    New York, New York
             June 17, 2008

                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 6/18/08]

2

A copy of the foregoing Order has been mailed on this date to the following:

**Attorney for Plaintiff**
James A. Prestiano, Esq.
Law Offices of James A. Prestiano. P.C.
631 Commack Road, Suite 2A
Commack, NY 11725

**Attorney for Defendant**
Craig A. Rubenstein, Esq.
Katzman Wasserman Bennardini & Rubenstein, P.A.
Boca Corporate Plaza, Suite 140
7900 Glades Road
Boca Raton, FL 33434